**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-30115 AMN |
| MYRNA B. OQUENDO | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |
| | : | |
| REGIONAL ACCEPTANCE CORPORATION | : | |
| MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| MYRNA B. OQUENDO | : | |
| ROBERTA NAPOLITANO, TRUSTEE | : | |
| RESPONDENT | : | |

### NOTICE OF WITHDRAWAL

Regional Acceptance Corporation hereby withdraws its Certificate of Non-Compliance (ECF No. 39) dated January 29, 2019.

Dated at Bloomfield in said District on March 6, 2019.

                                                        MOVANT
                                                        REGIONAL ACCEPTANCE CORPORATION

                                                        /s/Mitchell J. Levine
                                                        Mitchell J. Levine
                                                        Federal Bar No. CT 07985
                                                        Counsel for Regional Acceptance Corporation
                                                        Law Offices of Nair & Levin, P.C.
                                                        707 Bloomfield Avenue
                                                        Bloomfield, CT 06002
                                                        Telephone No. 860-692-3164
                                                        Fax No. 860-242-2980
                                                        e-mail address: mlevine@nairlevin.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

IN RE
MYRNA B. OQUENDO                    : CASE NO. 17-30115 AMN

                                        : CHAPTER 13

DEBTOR(S)

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on March 6, 2019, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. **Documents Served:**
   (1) a copy of the Notice of Withdrawal of Certificate of Non-Compliance

2. **Parties Served Via First Class Mail:**

   **Myrna B. Oquendo**
   305 Cook Avenue
   Meriden, CT 06451
   *(Debtor)*

                                                                          REGIONAL ACCEPTANCE CORPORATION
                                                                          THE MOVANT
                                                                          /s/Mitchell J. Levine
                                                                          Mitchell J. Levine
                                                                          Federal Bar No. CT 07985
                                                                          Law Offices of Nair & Levin, P.C.
                                                                          707 Bloomfield Avenue
                                                                          Bloomfield, CT 06002
                                                                          Telephone No. 860-692-3164
                                                                          Fax No. 860-242-2980
                                                                          e-mail address: mlevine@nairlevin.com